# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAMON TUGGLE, | CASE NO. 1:10-cv-01420-LJO-BAM PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| v. | |
| OLSEN, et al., | (ECF No. 16) |
| Defendants. | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Steven Charles Acero ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2012, the Magistrate Judge issued findings and recommendations recommending that the action be dismissed for failure to state a claim. Plaintiff was given thirty days within which to file objections. On February 15, 2012, Plaintiff filed a motion for a thirty day extension of time to file an amended complaint. On February 16, 2012, an order issued denying Plaintiff's motion for an extension of time to file an amended complaint, but granting fourteen days to file an objection to the findings and recommendations. More than fourteen days have passed and no objection has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed January 27, 2012, is adopted in full;

2. This action, is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;

3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011); and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 16, 2012              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE