1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   STEVEN RAMON TUGGLE,                    CASE NO. 1:10-cv-01420-LJO-BAM PC

10                      Plaintiff,          ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND DISMISSING
11          v.                              ACTION FOR FAILURE TO STATE A CLAIM

12   OLSEN, et al.,                         (ECF No. 16)

13                      Defendants.         ORDER THAT DISMISSAL IS SUBJECT TO
     _____/      28 U.S.C. § 1915(G)

14

15          Plaintiff Steven Charles Acero ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

17   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18          On January 27, 2012, the Magistrate Judge issued findings and recommendations

19   recommending that the action be dismissed for failure to state a claim.  Plaintiff was given thirty

20   days within which to file objections.  On February 15, 2012, Plaintiff filed a motion for a thirty day

21   extension of time to file an amended complaint.  On February 16, 2012, an order issued denying

22   Plaintiff's motion for an extension of time to file an amended complaint, but granting fourteen days

23   to file an objection to the findings and recommendations.  More than fourteen days have passed and

24   no objection has been filed.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

26   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings

27   and recommendations to be supported by the record and by proper analysis.

28   ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations, filed January 27, 2012, is adopted in full;

2.  This action, is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;

3.  This dismissal is subject to the "three-strikes" provision set forth  in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011); and

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:  March 16, 2012**                    _/s/ Lawrence J. O'Neill_
                                        UNITED STATES DISTRICT JUDGE